1   BINGHAM MCCUTCHEN LLP
    Robert A. Lewis (SBN 836.30)
2   robert.lewis@bingham.com
    Walter M. Stella (SBN 148215)
3   walter.stella@bingham.com
    Margaret A. DeGooyer (SBN 234839)
4   Margaret.degooyer@bingham.com
    Three Embarcadero Center
5   San Francisco, CA  94111-4067
    Telephone:  415.393.2000
6   Facsimile:   415.393.2286

7   Attorneys for Defendants
    BROADRIDGE FINANCIAL SOLUTIONS, INC.;
8   BROADRIDGE SECURITIES PROCESSING
    SOLUTIONS, INC.
9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14   JESSE CHEN,                              Case No. CV 10-3178 WHA

15           Plaintiff,                       **STIPULATION RE SCHEDULING
                                              OF MEDIATION AND [PROPOSED]
16       v.                                   ORDER**

17   BROADRIDGE FINANCIAL SOLUTIONS,
     INC.; BROADRIDGE SECURITIES
     PROCESSING SOLUTIONS, INC.,
18

19           Defendants.

20

21

22

23

24

25

26

27

28

A/73575606.1/3320093-0000351397                        Case No. CV 10-3178 WHA

STIPULATION RE SCHEDULNG OF MEDIATION AND [PROPOSED] ORDER

1    The parties, Plaintiff Jesse Chen and Defendants Broadridge Financial Solutions,

2    Inc.; and Broadridge Securities Processing Solutions, Inc., stipulate and agree to extend by thirty

3    (30) days, from January 26, 2011 until February 25, 2011, the time in which the parties must

4    mediate this matter.  Due to scheduling conflicts, the parties were unable to schedule the

5    mediation before January 26, 2011.  The parties, along with the court-appointed mediator, Robert

6    Edwards, have agreed to conduct a mediation on February 8, 2011 at the offices of Bingham

7    McCutchen LLP, Three Embarcadero Center, 28th Floor, San Francisco, CA 94111.  The parties

8    are seeking to extend the mediation deadline until February 25, 2011 in the event additional time

9    is required to complete the mediation beyond February 8, 2011.

10

11   DATED:  November 29, 2010

12

13                                          LAW OFFICES OF ALAN ADELMAN

14

15                                          By:_____/S/Alan Adelman_____
                                                         Alan Adelman
16                                                  Attorneys for Plaintiff
                                                      JESSE CHEN
17

18   DATED:  November  29, 2010

19                                          BINGHAM MCCUTCHEN LLP

20

21

22                                          By:_____/S/Walter M. Stella_____
                                                       Walter M. Stella
23                                                 Attorneys for Defendants
                                            BROADRIDGE FINANCIAL SOLUTIONS,
24                                            INC.; BROADRIDGE SECURITIES
                                            PROCESSING SOLUTIONS, INC.

25

26

27

28

STIPULATION RE SCHEDULING OF MEDIATION AND [PROPOSED] ORDER

1                          [PROPOSED] ORDER

2              Pursuant to stipulation and good cause appearing,

3              IT IS SO ORDERED.

4

5

6    DATED:   December 1, 2010.              By: _____
                                                 William Alsup
7                                                JUDGE OF THE U.S. DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A/73575606.1/3320093-0000351397              3                    Case No. CV 10-3178 WHA

STIPULATION RE SCHEDULING OF MEDIATION AND [PROPOSED] ORDER